UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO,<br><br>        Petitioner,<br><br>  -against-<br><br>RIVCO CONSTRUCTION, LLC,<br><br>        Respondent. | No. 1:24-cv-08209 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  This case has been assigned to me for all purposes. On October 29, 2024, Petitioner filed a complaint seeking to compel arbitration. Petitioner has not yet docketed an affidavit of service.

  Accordingly, it is hereby ORDERED that Petitioner shall docket forthwith a certificate of service proving that Petitioner properly served Respondent.

  It is further, ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to compel arbitration by November 15, 2024. Respondent's opposition, or a letter stating there is not any opposition, is due by December 13, 2024. Petitioners' reply, if any, is due by December 20, 2024.

Dated: October 30, 2024
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge